UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA                          JUDGMENT INCLUDING SENTENCE
     -v-                                          UNDER THE SENTENCING REFORM ACT
                                                              CR-99-968-01(FB)
NARVIS BENTON,                                    CASE NUMBER: CR-98-124-07(FB)
          Defendant.                              STEVEN BERNSTEIN, ESQ.
                                                  233 BROADWAY, 27TH FLOOR
----------------------------------------------------------x        NEW YORK, NY 10279
                                                  Defendant's Attorney & Address

THE DEFENDANT: NARVIS BENTON
**XX**    pleaded guilty to count ONE OF INDICTMENT CR-98-124-07(FB) AND COUNTS ONE AND TWO OF
INDICTMENT CR-99-968(FB)
          Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| T. 18 USC 1951 | CONSPIRED TO COMMIT TRUCK HIJACKINGS | 1 (CR-98-124-07) |
| T.18 USC 371 | CONSPIRED TO ROB A TRUCK DRIVER | 1 (CR-99-968) |
| T.18 USC 1951 | ROBBED A TRUCK DRIVER | 2 (CR-99-968) |

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
**XX**    ALL OPEN Counts IN BOTH INDICTMENTS are dismissed on the motion of the United States.
**XX**    It is ordered that the defendant shall pay to the United States a special assessment of $ 150.00
          which shall be due  immediately :

It is further ORDERED that the defendant shall notify the United States Attorney for this district within 30 days
of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by
this Judgment are fully paid.

Defendant's Soc. Sec # 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                      APRIL 20, 2001
                                                        Date of Imposition of Sentence,

                                                        s/Frederic Block

Defendant's Mailing Address:                            THE HONORABLE FREDERIC BLOCK
26730 S.W. 133RD AVENUE

                                                        April 25, 2001
                                                        Date

NARANJA, FLA. 33032

                                                        A TRUE COPY
                                                        ATTEST
                                                        DATED ....... 4/25/2001
                                                        ROBERT C. HEINEMANN

Defendant: NARVIS BENTON
Case Number: CR-98-124-07(FB)/CR-99-968(FB)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>SEVENTY-EIGHT (78) MONTHS ON COUNT ONE OF CR-98-124-07(FB), SIXTY (60) MONTHS ON COUNT ONE OF INDICTMENT # CR-99-968(FB), AND SEVENTY-EIGHT (78) MONTHS ON COUNT TWO OF INDICTMENT # CR-99-968(FB). BOTH COUNTS ONE AND TWO OF INDICTMENT # CR-99-968 ARE TO RUN CONCURRENTLY TO EACH OTHER AND TO THE 78 MONTHS IMPOSED IN CR-98-124-07(FB). THIS SENTENCE SHALL ALSO RUN CONCURRENTLY TO THE SENTENCE IMPOSED ON 4/17/98 IN CR-97-519 IN THE SOUTHERN DISTRICT OF FLORIDA.</u>

___   The Court makes the following recommendations to the Bureau of Prisons:

<u>XX</u>   The defendant is remanded to the custody of the United States Marshal.
___   The defendant shall surrender to the United States Marshal for this district,

    ___   at ___a.m./p.m. on _____.
    ___   as notified by the Marshal.

___   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

    ___   before 2:00 p.m. on _____.
    ___   as notified by the United States Marshal.
    ___   as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

The defendant was delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
**United States Marshal**

By_____

**Defendant:** NARVIS BENTON
**Case Number:** CR-98-124-07(FB)/CR-99-968(FB)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>THREE (3) YEARS ON EACH COUNT OF CONVICTION TO RUN CONCURRENTLY TO EACH OTHER FOR A TOTAL OF THREE (3) YEARS WITH THE FOLLOWING SPECIAL CONDITIONS: (1) HE SHALL NOT POSSESS ANY KIND OF FIREARMS, (2) HE SHALL PARTICIPATE IN A DRUG TREATMENT PROGRAM AS DIRECTED BY THE PROBATION DEPARTMENT.</u>

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

\_\_\_     The defendant shall pay any fines that remain unpaid at the commencement  of the term of supervised release.

**Defendant:** NARVIS BENTON
**Case Number: CR-98-124-07(FB)/CR-99-968(FB)**

### RESTITUTION

RESTITUTION IS ORDERED JOINTLY AND SEVERALLY WITH HIS CO-DEFENDANTS EZZ FARRAJ IN THE TOTAL SUM OF $8,204.74. THIS RESTITUTION SHALL BE PAID AT THE RATE OF $20.00 A MONTH, AND PAYMENTS SHALL COMMENCE IMMEDIATELY. THIS PAYMENT SHALL BE TAKEN OUT OF HIS COMMISSARY. PAYMENTS SHOULD BE SENT TO THE CLERK OF THE COURT WHO SHALL REMIT SUCH MONIES TO THE FOLLOWING VICTIM:

**CRIME VICTIM REPARATIONS FUND**

**Defendant:** NARVIS BENTON
**Case Number: CR-98-124-07(FB)/CR-99-968(FB)**

## STANDARD CONDITIONS OF SUPERVISION

**While the defendant is on probation or supervised release pursuant to this Judgment:**

1)  The defendant shall not commit another Federal, state or local crime;
2)  the defendant shall not leave the judicial district without the permission of the court or probation officer;
3)  the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5)  the defendant shall support his or her dependents and meet other family responsibilities;
6)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7)  the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**These conditions are in addition to any other conditions imposed by this Judgment.**